# United States District Court
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**ROBERT J. STEIN, JR.**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning in or about October 2003 until in or about May 2004, in Iraq and subject to the extraterritorial jurisdiction of the United States, pursuant to Title 18, U.S. Code, Sections 3238 and 1956, Defendant did knowingly and unlawfully conspire and agree with others to violate statutes of the United States, namely Title 18, U.S. Code, Sections 1343 (wire fraud) and 2314 (interstate transportation of stolen property), in violation of Title 18, U.S. Code, Section 371; and knowingly and unlawfully conspire and agree with others to violate Title 18, U.S. Code, Section 1956(h).

I further state that I am a special agent of IRS Criminal Investigations, and that this complaint is based on the following facts:

Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence, November ___, 2005, at Washington, D.C.

Name & Title of Judicial Officer                     Signature of Judicial Officer