(Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA
V.

ROBERT J. STEIN, JR.

**WARRANT FOR ARREST**

**FILED**
DEC 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0581M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT J. STEIN, JR.__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**CONSPIRACY TO VIOLATE STATUTES OF THE UNITED STATES, NAMELY TITLE 18, UNITED STATES CODE, SECTIONS 1343 (WIRE FRAUD) AND 2314 (INTERSTATE TRANSPORTATION OF STOLEN PROPERTY), IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371; AND MONEY LAUNDERING CONSPIRACY, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(H).**

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing officer

Bail fixed at $ _____

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 04 2005   District of Columbia
Date and Location

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 11/04/05 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrick  DUSM | SIGNATURE OF ARRESTING OFFICER Reporting [signature] Derrick F. |
|---|---|---|
| DATE OF ARREST 12/06/05 | | |