IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v. )<br>)<br>ROBERT J. STEIN, JR., )<br>)<br>    Defendant. )<br>_____ ) | Criminal No. 05-0581M-01 |

**CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT AND TO CONTINUE DETENTION HEARING AND PRELIMINARY HEARING**

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to FED. R. CRIM. P. 5.1(d) hereby submits the following motion to extend time to seek an indictment of the above-captioned matter and to continue the Detention Hearing and Preliminary Hearing previously set for December 12, 2005.

The Government respectfully requests a 30 day extension of time in which to seek an indictment in this matter up to and including January 12, 2006. This request is made so that the parties may explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation. The Government also requests that the Court continue the Detention and Preliminary Hearings until January 12, 2006. The United States and the Defendant agree, however, that the Defendant may request that a detention hearing be held prior to January 12, 2006.

The Government has contacted counsel for the Defendant, and he has indicated that neither he nor the Defendant objects to the Government's motion. The Defendant's counsel has expressly authorized the United States to file this motion.

Wherefore, the Government respectfully requests that the Court grant the instant motion to extend time and to continue the Detention Hearing and the Preliminary Hearing.

A proposed order is attached.

DATED: December 12, 2005

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

NOEL L. HILLMAN
Chief, Public Integrity Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0581M-01 |
| ) | |
| ROBERT J. STEIN, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration, the Consent Motion to Extend Time For Government To Seek an Indictment and to Continue the Detention Hearing and Preliminary Hearing is hereby granted. The Criminal Complaint previously filed in this matter will remain in effect until January 12, 2006. The Detention Hearing and the Preliminary Hearing are continued until January 12, 2006. The Defendant may request that a Detention Hearing be held prior to January 12, 2006.

ORDERED this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 12th day of December, 2005, I caused to be served by regular mail a copy of the foregoing filing:

> Federal Public Defender for the District of Columbia
> 625 Indiana Ave. NW, Suite 550
> Washington, DC. 20004

_____
JAMES A. CROWELL IV
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
10th & Constitution Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
