AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **COLUMBIA**

UNITED STATES OF AMERICA

V.

**ROBERT J. STEIN, JR.**

**WARRANT FOR ARREST**

CASE NUMBER: 05-0581M-01

*INVESTIGATIVE COPY ONLY*
*ORIGINAL ON FILE WITH*
*U.S. MARSHAL RM*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ROBERT J. STEIN, JR.____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO VIOLATE STATUTES OF THE UNITED STATES, NAMELY TITLE 18, UNITED STATES CODE, SECTIONS 1343 (WIRE FRAUD) AND 2314 (INTERSTATE TRANSPORTATION OF STOLEN PROPERTY), IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371; AND MONEY LAUNDERING CONSPIRACY, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(H).

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer / Title of Issuing Officer

/s/ Alan Kay

Signature of Issuing officer / Date and Location

NOV 04 2005

**FILED**
DEC 19 2005

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 5610 SPREADING BRANCH ROAD, HOPE MILLS, NC |

| DATE RECEIVED 11/04/05 | NAME AND TITLE OF ARRESTING OFFICER RODNEY COLESON - ICE SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER Kandy Gregory for Rodney Coleson |
|---|---|---|
| DATE OF ARREST 11/14/05 | | |