```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       )
                                )
          v.                    )    Criminal No. 05-0581M-01
                                )
ROBERT J. STEIN, JR.,           )
                                )
     Defendant.                 )
_____)
```

### CONSENT MOTION TO EXTEND TIME FOR GOVERNMENT TO SEEK INDICTMENT AND TO CONTINUE DETENTION HEARING AND PRELIMINARY HEARING

Comes now the United States of America, by and through its undersigned counsel, and, pursuant to FED. R. CRIM. P. 5.1(d) hereby submits the following motion to extend time to seek an indictment of the above-captioned matter and to continue the Detention Hearing and Preliminary Hearing previously set for January 12, 2005.

The parties respectfully request a 30 day extension of time in which to seek an indictment in this matter up to and including February 15, 2006. This request is made to provide the parties with sufficient time for effective preparation, to allow the parties to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation. The parties also requests that the Court continue the Detention and Preliminary Hearings until February 15, 2006. The United States and the Defendant agree, however, that the Defendant may request that a detention hearing be held prior to February 15, 2006.

The Defendant and the Defendant's counsel have expressly authorized the United States to file this motion.

Wherefore, with the consent of the Defendant, the Government respectfully requests that the Court grant the instant motion to extend time and to continue the Detention Hearing and the Preliminary Hearing until February 15, 2006.

A proposed order is attached.

DATED: January 9, 2006

RICHARD WEBER
Chief, Asset Forfeiture and Money
    Laundering Section

NOEL L. HILLMAN
Chief, Public Integrity Section

_____
JAMES A. CROWELL IV
MARK YOST
PATRICK MURPHY
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Mark.yost@usdoj.gov
Patrick.murphy@usdoj.gov
Ann.brickley@usdoj.gov

```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
           v.                  )   Criminal No. 05-0581M-01
                               )
ROBERT J. STEIN, JR.,          )
                               )
      Defendant.               )
_____)
```

### ORDER

Upon consideration, the Consent Motion to Extend Time For Government To Seek an Indictment and to Continue the Detention Hearing and Preliminary Hearing is hereby granted. The Criminal Complaint previously filed in this matter will remain in effect until February 15, 2006. Accordingly, the Court finds good cause to exclude time under 18 U.S.C. § 3161 and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Court specifically finds good cause to exclude the time from January 12, 2006 to February 15, 2006 based on the representation that the Parties require additional time to provide the Government and the Defendant's counsel with sufficient time for effective preparation, to allow the parties to explore a pre-indictment resolution of the case and continue to explore certain aspects of the investigation, such that the failure to grant such a continuance would unreasonably deny the Government and the

3

Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Based upon these findings, IT IS HEREBY ORDERED THAT the Criminal Complaint previously filed in this matter will remain in effect until February 15, 2006.  The Preliminary Hearing and the Detention Hearing are continued until February 15, 2006, at \_\_\_\_ a.m./p.m.  The time period from January 12, 2006 to February 15, 2006 is excluded under the Speedy Trial Act pursuant  to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

ORDERED this \_\_\_\_\_ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this 12th day of December, 2005, I caused to be served by regular mail a copy of the foregoing filing:

    Carlos J. Vanegas
    Federal Public Defender for the District of Columbia
    625 Indiana Ave. NW, Suite 550
    Washington, DC. 20004

    _____
    JAMES A. CROWELL IV
    Trial Attorney
    U.S. Department of Justice
    Criminal Division
    Public Integrity Section
    1400 New York Ave., NW,
    Suite 12100
    Washington, DC 20530
    (202) 514-1412
    james.crowell@usdoj.gov