# UNITED STATES DISTRICT COURT
## FOR THE District of Columbia

UNITED STATES OF AMERICA

          Plaintiff,

v.

                                  Case No.: 1:05−mj−00581−AK
                                  Magistrate Judge Alan Kay

ROBERT J. STEIN JR.

          Defendant.

TYPE OF CASE:          Magistrate Judge

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE OF HEARING as to ROBERT J. STEIN, JR Preliminary Hearing set for 2/15/2006 at 09:30 AM in Courtroom 4 before Magistrate Judge Alan Kay. (lm )

**PLACE**

January 18, 2006

                                    Nancy Mayer−Whittington, Clerk
                                         lm, Deputy Clerk